FILED

10 JAN 15 PM 3: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  JEFF S. WESTERMAN (SBN 94559)
   jwesterman@milberg.com
2  SABRINA S. KIM (SBN 186242)
   skim@milberg.com
3  ANDREW J. SOKOLOWSKI (SBN 226685)
   asokolowski@milberg.com
4  MILBERG LLP
   One California Plaza
5  300 South Grand Avenue, Suite 3900
   Los Angeles, CA 90071
6  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
7
   DREW E. POMERANCE (SBN 101239)
8  dep@rpnalaw.com
   BURTON E. FALK (SBN 100644)
9  bef@rpnalaw.com
   ROXBOROUGH, POMERANCE,
10  NYE & ADREANI, LLP
   5820 Canoga Avenue, Suite 250
11 Woodland Hills, CA 91367
   Telephone: (818) 992-9999
12 Facsimile:  (818) 992-9991

13 Attorneys for Plaintiff ARKADY MILGRAM

14 [Additional Counsel on Signature Page]

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                  WESTERN DIVISION

18 ARKADY MILGRAM, an            ) CASE NO CV 10- 00336
   individual, on behalf of himself and  )
19 all others similarly situated,        ) CLASS ACTION
                                         )
20              Plaintiff,               ) COMPLAINT FOR:
                                         )
21       v.                              ) (1) Breach of Contract;
                                         ) (2) Breach of Implied Covenant of
22 CHASE BANK USA, N.A., a              )      Good Faith and Fair Dealing;
   Delaware Corporation, and DOES 1     ) (3) Violation of California Business
23 through 10, inclusive,               )      and Professions Code Section
                                         )      17500 et seq.; and
24              Defendants.              ) (4) Violation of California Business
                                         )      and Professions Code Section
25                                       )      17200 et seq.
                                         )
26 _____      ) DEMAND FOR JURY TRIAL

27

28

                          COMPLAINT

DOCS\497626v6

1

# **TABLE OF CONTENTS**

2

**Page**

3
INTRODUCTION ................................................................................................. 1

4
THE PARTIES ..................................................................................................... 2

5
JURISDICTION AND VENUE .......................................................................... 3

6
GENERAL ALLEGATIONS ............................................................................... 3

7
FIRST CAUSE OF ACTION (Breach of Contract).......................................... 9

8
SECOND CAUSE OF ACTION (Breach of Implied Covenant of Good
        Faith and Fair Dealing) ......................................................................... 10

9

10
THIRD CAUSE OF ACTION (Violation of California Business and
        Professions Code Section 17500 *et seq.*) (False Advertising) ..................... 11

11
FOURTH CAUSE OF ACTION (Violation of California Business and
        Professions Code Section 17200 *et seq.*) (Unlawful and Unfair
        Business Practices) ................................................................................. 12

12

13
PRAYER FOR RELIEF ..................................................................................... 13

14
JURY DEMAND................................................................................................. 14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS\497626v6

Plaintiff Arkady Milgram, on behalf of himself and all others similarly situated, alleges the following against Defendant CHASE BANK U.S.A., N.A. ("Chase" or "Defendant"):

## INTRODUCTION

1.     This case arises from Defendant's deceptive and unfair business practice of misrepresenting and failing to disclose essential terms on short-term credit card loans, resulting in the charging of California credit cardholders improper, unwarranted, and undisclosed finance charges.  Through advertisements and solicitations, Chase offered certain cardholders a promotional 0% annual percentage rate ("APR") on balance transfers and convenience check loans until a specified "statement opening date" (for example from 10/31/2008 to the "06/2009 statement opening date"), and represented that this 0% promotional rate would apply for the specified period as long as cardholders made timely payments and paid off the entire balance before the specified "statement opening date" (the "Promotional Offers").

2.     Then, without ever defining or disclosing the "statement opening date" as anything other than the calendar month in which the statement opens, Chase assessed finance charges on these "Promotional Balances" before the advertised 0% APR promotional period expired, by arbitrarily defining the "statement opening date," *i.e.*, the loan pay-off date, in a manner no reasonable consumer could have known or anticipated.

3.     For example, Chase offered Plaintiff – and Plaintiff accepted – "a low promotional 0% APR until your 06/2009 statement opening date."   Chase nevertheless charged finance charges on this short-term loan, even when Plaintiff made timely payments and paid off the entire balance by May 23, 2009 (the payment due date for the May 2009 statement), which is before any reasonable person would believe is the opening date for the June 2009 statement.

COMPLAINT

Inexplicably, and only after Plaintiff called and asked Chase, Chase defined Plaintiff's "06/2009 statement opening date" as May 4, 2009.  On information and belief, Chase offered other cardholders similar short-term loans, and Chase nevertheless charged finance charges on those short-term loans, even when those cardholders made timely payments and paid off their Promotional Balances before the 0% promotional rate expired.

4.    Plaintiff, on behalf of himself and all individuals similarly situated, seeks damages and equitable relief for breach of contract, breach of the implied covenant of good faith and fair dealing, and violations of the California Business and Professions Code (False Advertising and Unfair Business Practices).

## THE PARTIES

5.    At all relevant times, Plaintiff Arkady Milgram ("Plaintiff") is and was a resident of the County of Los Angeles, State of California.

6.    At all relevant times, the proposed class members on whose behalf Plaintiff brings suit were residents of the State of California.  These persons are referred to as the "Class" or "Class Members."

7.    On information and belief, Plaintiff alleges that Defendant Chase Bank USA, N.A. ("Chase") is a corporation, organized and existing under the laws of the State of Delaware, duly qualified as a foreign corporation to transact business in the State of California, and doing business throughout the State of California.  Defendant Chase Bank was and is presently engaged in business in the County of Los Angeles, State of California.

8.    On information and belief, Plaintiff alleges that, at all relevant times, Defendant Chase and Doe Defendants 1 through 50, inclusive (collectively, "Defendants"), are each responsible in some manner for the transactions, events and occurrences alleged and that damages were proximately caused as a result.  On information and belief, Plaintiff alleges that each of the Doe Defendants was

-2-
COMPLAINT

negligently, or in some other manner the cause, or contributing cause, of the events and consequences to Plaintiff and the Class alleged in this complaint.  Plaintiff will seek leave to amend this complaint to allege the true names and capacities of each Doe Defendant, together with such additional allegations as may be appropriate, when their names, capacities, and the nature of their involvement are ascertained.

9.     On information and belief, Plaintiff alleges that, at all relevant times, Defendants, and each of them, were the agents, joint venturers, trustees, servants, partners, alter-egos, parent corporations, contractors, and/or employees of each of the remaining Defendants, and that the alleged acts and/or omissions were done by them acting individually, through such capacity or through the scope of their authority, and that such conduct was thereafter ratified by the remaining Defendants.

10.     At all relevant times, Defendants, and each of them, solicited and conducted business with Plaintiff and others similarly situated in California.

## JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity of citizenship) and the Class Action Fairness Act of 2005, Publ. L. 109-2 (Feb. 18, 2005); and over state law claims pursuant to 28 U.S.C. § 1367.

12.     Venue is proper in this district under 28 U.S.C. § 1391 and/or Pub. L. 109-2, because Plaintiff resides in this district and a substantial part of the events giving rise to the claims occurred in this district.

## GENERAL ALLEGATIONS

13.     Chase solicited Plaintiff and others similarly situated to accept its Promotional Offers by inducing cardholders to transfer their credit card balances "[o]r write a check to yourself and deposit it into your checking account." Defendant's advertisements offer, among other things, "0% fixed APR" for a

limited period of time, such as several months (the "Fixed Period"), so long as cardholders/borrowers pay the balance in full before the end of the Fixed Period.

14.     Defendant, however, reneged on its offers and charged Plaintiff and the Class Members interest on Promotional Balances before the end of the Fixed Period.

15.     For example, Chase's Promotional Offer to cardholders, including Plaintiff, in 2008 states: "Write a check now.  Pay it off later."  "0% fixed APR until your 06/2009 statement opening date."  "Transactions must post to your account by 10/31/2008."  A true and correct copy of the Promotional Offer Defendant sent to Plaintiff is attached as Exhibit A.

16.     On information and belief, Plaintiff alleges that, from time to time, Chase provided or made available this promotional material, and variations of that material, advertising "0% fixed APR" for a Fixed Period, to each of the Class Members.

17.     Chase offered Plaintiff and other cardholders checks to write out for any amount up to the unused portion of the cardholder's available credit.  Chase's offer represented that, if the check posted to the cardholder's account by a certain date (e.g., October 31, 2008 in Plaintiff's case), Plaintiff and other cardholders would receive a "low promotional 0% fixed APR until your 06/2009 statement opening date" (the "Promotional Offers").  Thus, in the Promotional Offer Chase sent to Plaintiff, the Fixed Period began on or around 10/31/2008 and ended on the cardholder's "06/2009 statement opening date."  Significantly, however, the term "06/2009 statement opening date" is not defined in the Promotional Offer or materials nor in any of Defendant's literature available to cardholders.

18.     In October 2008, Plaintiff took advantage of Defendant's Promotional Offer by writing a check to himself for $8,250.00 before October 31, 2008.  The $8,250.00 Promotional Balance posted to Plaintiff's account on October 28, 2008.

-4-

COMPLAINT

19.   At all times, Plaintiff made timely payments on his account with Chase.

20.   Plaintiff's October 2008 Statement (which opened on 10/04/08 and closed 11/03/08) reflected (a) the $8,250.00 Promotional Balance, (b) a proper "Transaction Fee" of $199.00, and (c) an unexplained $104.18 "Finance Charge Due To Periodic Rate," posted to Plaintiff's account.

21.   Plaintiff's Chase statements covering the months of November 2008 through April 2009 continued to reflect other unexplained "Finance Charge[s] Due To Periodic Rate" ranging from $2.36 to $2.67 each month.  These unexplained finance charges are noted under the "Category" labeled "Convenience check" on Plaintiff's Chase account statements.  A true and correct copy of Plaintiff's Chase account statements are attached as Exhibit B.

22.   Plaintiff's April 2009 Statement (which opened on 04/04/09 and closed on 05/03/09) reflected a "New Balance" owed of $7,498.31, with a "Payment Due Date" of May 23, 2009.  Plaintiff timely paid the full remainder of Plaintiff's Promotional Balance, $7,498.31, by the May 23, 2009 due date.

23.   Plaintiff's May 2009 Statement (which opened on 05/04/09 and closed on 06/03/09) reflected: (a) Plaintiff's $7,349.31 payment posted to Plaintiff's account on 05/14/09; and (b) Plaintiff's $149.00 payment posted to Plaintiff's account on 05/23/09 – representing payment of the remaining Promotional Balance of $7,498.31.

24.   Plaintiff's May 2009 Statement, however, also included an improper and previously undisclosed finance charged of $58.05, described as "Finance Charge Due to Periodic Rate," under the "Category" labeled "Convenience check."

25.   Plaintiff called Chase's customer service department to dispute the unexpected $58.05 finance charge.  A Chase representative refused to waive the finance charge and informed Plaintiff – for the first time – that Chase defines

-5-
COMPLAINT

"06/2009 statement opening date" as May 4, 2009.   The Chase representative conveyed that the $58.05 finance charge resulted from Plaintiff not paying the Promotional Balance in full on or before May 4, 2009.

26.    Based on Chase's own materials, Plaintiff reasonably believed that he would not be assessed the $58.05 finance charge, or any other finance charge, if he made timely payments and paid off his Promotional Balance in full before the "06/2009 statement opening date," which Plaintiff reasonably believed to be in early June, on or about June 4, 2009.  Plaintiff's reasonable belief was based on: (1) Chase's Promotional Offer materials; (2) each of his Chase statements reflecting the "Opening/Closing Date" or "Statement Date" beginning on the 4th day of each month and ending on the 3rd day of the following month; and (3) Chase's failure to define "06/2009 statement opening date" anywhere in writing, leading him to believe the plain meaning – that payment was due before June 4, 2009, the date on which the June Statement opened – would apply.

27.    Because Chase does not define "statement opening date" anywhere in writing, and because, according to Chase, the opening date of Chase's monthly statement is not the "statement opening date" for purposes of the Promotional Offers, there is no way for a reasonable consumer to know about Chase's arbitrary definition of "statement opening date."  Based on Chase's own materials, Plaintiff and other cardholders could not reasonably expect Chase's Promotional Offer (of "0% fixed APR" if the Promotional Balance is paid off before the "06/2009 statement opening date") meant they had to pay off the entire Promotional Balance before May 4, 2009.

28.    Consequently, there is no way for cardholders to know exactly when the Fixed Period ends and by which date they must pay off the Promotional Balance in order to escape finance charges.  Chase's undisclosed and arbitrary definition of "statement opening date" (i.e., the date before which cardholders must

COMPLAINT

pay off their entire balance to avoid finance charges) makes it difficult, if not impossible, for cardholders to receive the benefit of the 0% APR for the entire Fixed Period.

**CLASS ACTION ALLEGATIONS**

29.    Plaintiff brings this class action, on behalf of himself and all others similarly situated in California, during all or part of the class period, as more fully explained below.  The questions of law or fact common to the class predominate over questions affecting the individual members and, on balance, a class action is superior to other methods available for adjudicating the controversy.

30.    The Class Plaintiff seeks to represent is presently defined as follows:

(a)    all persons who, in the past four years, accepted Chase's Promotional Offers of 0% APR for a fixed period of time (e.g., from 10/31/2008 "until your 06/2009 statement opening date") ("Fixed Period");

(b)    transferred balance(s) from another credit card and/or wrote convenience check(s) in connection with the Promotional Offers; and

(c)    incurred finance charges despite paying their balance in full before the 0% APR on the Promotional Offers expired.

31.    There is a well-defined community of interest in the litigation and the proposed class is easily ascertainable.

32.    Numerosity: The Class is potentially so numerous that individual joinder of all members is impracticable under the circumstances of the case.  While the exact number of class members is unknown to Plaintiff, on information and belief, Plaintiff alleges that Defendant Chase's Promotional Offer program was widely marketed to hundreds if not thousands of Californians.

33.    Common Questions Predominate: Common questions of law and fact exist as to all Class Members, and predominate over any questions that affect only

DOCS\497626v6

individual members of the Class.  The common questions of law and fact include, but are not limited to:

(a)    whether Defendant breached the terms of the Promotional Offers;

(b)    whether Defendant violated the implied covenant of good faith and fair dealing in connection with the Promotional Offers;

(c)    whether Defendant's marketing of and solicitation for its Promotional Offers constitutes false or misleading advertising in violation of Business and Professions Code section 17500;

(d)    whether Defendant failed to timely and adequately disclose material terms of its Promotional Offers;

(e)    whether Defendant made uniform, false or misleading representations that cardholders/borrowers would not be charged finance charges on Promotional Balances during the Fixed Period;

(f)    whether Defendant knew or should have known, by the exercise of reasonable care, that its solicitations, advertisements and other representations regarding the Promotional Offers were false or misleading; and

(g)    whether Defendant's conduct is "unlawful," "unfair" or "fraudulent" within the meaning of California's Unfair Business Practices Act, Business and Professions Code section 17200.

34.    Typicality: Plaintiff's claims are typical of the claims of the Class. Due to Defendant's common course of conduct, Plaintiff and the Class unwittingly accepted Chase's "0% Fixed APR" Promotional Offers and were nevertheless forced to pay finance charges despite paying the Promotional Balances in full before the end of the Fixed Period.

35.    Adequacy: Plaintiff will fairly and adequately protect the interests of the Class.  Plaintiff resides in California and incurred improper finance charges in

connection with Defendant's Promotional Offers.  Plaintiff's retained counsel has substantial experience in complex civil litigation and class actions.

36.    Superiority: The class action is superior to other available means for the fair and efficient adjudication of the claims of Plaintiff and the Class.  The damages suffered by each individual Class Member may be limited.  Damages of such magnitude are small given the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendant's conduct. Further, it would be virtually impossible for individual Class Members to effectively redress the wrongs done to them.  Even if the Class Members themselves could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments.  Individualized litigation increases the delay and expense to all parties and the court system presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

37.    Plaintiff is unaware of any particular difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

38.    Plaintiff incorporates by reference paragraphs 1 – 37 as though fully set forth herein.

39.    Defendant Chase offered Plaintiff and Class Members a "0% fixed APR" on Promotional Balances until a specified "statement opening date."

40.    Plaintiff and Class Members took advantage of Chase's "0% fixed APR" Promotional Offers by transferring balances and/or using Chase's convenience checks, and paid a transaction fee to do so.

-9-
COMPLAINT

41.     Plaintiff and Class Member made timely payments and paid their Promotional Balances in full before the 0% APR promotional period expired.

42.     Defendant Chase breached these contracts by assessing finance charges on the Promotional Balances before the 0% APR promotional period expired.

43.     By reason of Defendant's breach, Plaintiff and other Class Members were damaged, in an amount to be determined at trial.

## SECOND CAUSE OF ACTION
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

44.     Plaintiff incorporates by reference paragraphs 1 – 43 as though fully set forth herein.

45.     Every contract imposes upon each party a duty of good faith and fair dealing in its performance.  The Promotional Offers Plaintiff and Class Members accepted contained an implied covenant of good faith and fair dealing.  The covenant requires that neither party to the Promotional Offer agreement do anything to infringe upon the other party's rights to the benefits of the agreement.

46.     Defendant's conduct breached the implied covenants of good faith and fair dealing contained in each of the Promotional Offer agreements by, among other things:

(a)     promising cardholders that the Promotional Balances would accrue 0% interest until a specified pay-off date when, in fact, Defendant assessed finance charges on the Promotional Balance before the promotional 0% interest period expired;

(b)     failing to disclose or define the term "statement opening date" in the Promotional Offers or other literature available to Plaintiff and the Class at the time Defendant made the Promotional Offers; and

(c)     purporting to define "statement opening date" in a manner that was confusing and/or misleading to Plaintiff and the Class, and that deprived

-10-

DOCS\497626v6

Plaintiff and the Class of the agreed-upon benefits of the Promotional Offers, namely, a 0% APR for the Fixed Period.

47.    As a direct result of Defendant's material breaches of the implied covenant of good faith and fair dealing, Plaintiff and the Class were damaged, in an amount to be determined at trial.

**THIRD CAUSE OF ACTION**
**(Violation of California Business and Professions Code Section 17500 *et seq.*)**
**(False Advertising)**

48.    Plaintiff incorporates by reference paragraphs 1 – 47 as though fully set forth herein.

49.    The standardized advertising and written materials about the Promotional Offers, and all other written and oral promotional efforts Defendant undertook, constitute advertising services and commercial statements, disseminated by Defendant, which contain statements that are untrue and/or misleading, or which omitted material information, and which Defendant knew, or by the exercise of reasonable care should have known, to be untrue and/or misleading, in violation of California Business and Professions Code section 17500, *et seq.*  Plaintiff and the Class are accordingly entitled to the following equitable relief:

(a)    that the Court order Defendant to stop all of the alleged advertising and promotional activities and practices;

(b)    that the Court enjoin Defendant from promoting the "0% fixed APR" Promotional Offers through the use of the alleged deceptive and misleading advertising devices; and

(c)    that the Court order Defendant to disgorge, for the benefit of Plaintiff and the Class, all profits and compensation emanating from its "0% fixed APR" Promotional Offer scheme, and/or make full restitution to Plaintiff and the Class.

-11-
COMPLAINT

**FOURTH CAUSE OF ACTION**
**(Violation of California Business and Professions Code Section 17200 *et seq.*)**
**(Unlawful and Unfair Business Practices)**

50.     Plaintiff incorporates by reference paragraphs 1 – 49 as though fully set forth herein.

51.     Plaintiff suffered injury in fact and financial loss as a result of Defendant's alleged conduct, namely, the $58.05 interest charge that posted to Plaintiff's account in his June 2009 Statement.

52.     Defendant's alleged acts, conduct and practices were unfair, in that any utility for Defendant's conduct is outweighed by the gravity of the consequences to Plaintiff and the Class, and/or Defendant's conduct is immoral, unethical, oppressive, unscrupulous or substantially injurious to Plaintiff, Class Members and the general public.

53.     Defendant's alleged acts, conduct and practices were fraudulent, in that they were likely to and did deceive Plaintiff, Class Members and the general public.

54.     Defendant's alleged acts, conduct and practices were unlawful, in that they constituted:

(a)     breach of contract;

(b)     breach of the implied covenant of good faith and fair dealing; and/or

(c)     violations of California Business and Professions Code section 17500.

55.     Defendant's unfair, fraudulent, and unlawful business acts and practices are described above and include, but are not limited to, advertising balance transfer and convenience check short-term loan Promotional Offers as "0% fixed APR" until a specified "statement opening date," for example from 10/31/2008 to the "06/2009 statement opening date," and then, without defining

DOCS\497626v6

statement opening date as anything different from the opening date on a cardholder's account statements, charging finance charges on the Promotional Balances before the 0% APR Fixed Period expired.

56.    As a direct and proximate result of Defendant's alleged unfair, unlawful and fraudulent business practices, Defendant was able to: (a) induce more cardholders to accept the Promotional Offers than otherwise would have; and/or (b) charge more finance charges than it otherwise would have, thereby collecting excessive and unjust revenues and profits.

57.    Plaintiff, on behalf of himself and all others similarly situated in California, seeks an order including, but not limited to, the following relief:

(a)    directing Defendant to stop all the alleged advertising and promotional activities and practices;

(b)    enjoining Defendant from continuing its "0% fixed APR" Promotional Offers through the use of the alleged deceptive and misleading advertising devices;

(c)    directing Defendant to disgorge, for the benefit of the Class, its profits and compensation emanating from its Promotional Offer scheme, and/or making full restitution to Plaintiff and the Class; and

(d)    enjoining Defendant from charging finance charges on Promotional Balances before the end of the Fixed Period.

58.    Plaintiff also seeks costs of litigation, attorneys' fees pursuant to California Code of Civil Procedure section 1021.5, and such other relief as the Court deems proper under Business and Professions Code section 17203.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, on behalf of himself and the Class, prays for judgment as follows:

-13-

COMPLAINT

1    A.    for an order certifying the Class and appointing Plaintiff and his
2    counsel to represent the Class;

3    B.    for an order awarding compensatory damages in an amount to be
4    proven at trial;

5    C.    for an order awarding restitution and/or disgorgement and other
6    equitable relief as the Court deems proper;

7    D.    for an order awarding pre-judgment and post-judgment interest, as
8    well as reasonable attorneys' fees and experts witness fees and other costs;

9    E.    for an order enjoining Defendant from continuing to engage in the
10   false advertising and unfair business practices alleged; and,

11   F.    for any other and further relief as this Court may deem just and
12   proper.

### JURY DEMAND

13

14   Plaintiff demands a trial by jury.

15

16   DATED:  January 15, 2010          MILBERG LLP
                                        JEFF S. WESTERMAN
17                                      SABRINA S. KIM
                                        ANDREW J. SOKOLOWSKI
18

19

20                                      _Sabrina S. Kim / AJS_
                                        SABRINA S. KIM
21
                                        One California Plaza
22                                      300 South Grand Avenue, Suite 3900
                                        Los Angeles, CA 90071
23                                      Telephone: (213) 617-1200
                                        Facsimile: (213) 617-1975
24                                      Email:  jwesterman@milberg.com
                                        skim@milberg.com
25                                      asokolowski@milberg.com

26

27

28                                -14-
                              COMPLAINT

DOCS\497626v6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROXBOROUGH, POMERANCE,
   NYE & ADREANI, LLP
DREW E. POMERANCE
BURTON E. FALK
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367
Telephone:  (818) 992-9999
Facsimile:  (818) 992-9991
Email: dep@rpnalaw.com
bef@rpnalaw.com

Attorneys for Plaintiff ARKADY
MILGRAM

-15-
COMPLAINT

# EXHIBIT A

**CHASE** ◉    **amazon**.com

P.O. Box 17199
Wilmington, DE 19850-7199

REDACTED

# Write a check now. Pay it off later.

Mr. Arkady Milgram
REDACTED

Ilil....ıllıllıılıllllıılıldılıllılıldlıılıllıdll

Dear Mr. Arkady Milgram,

Wouldn't it be nice if you could write a check now and pay it off later —
just like a credit card? Because of the good credit on your Amazon.com
Visa® account ending in 6478, now you can. We've attached checks you can
write out for any amount up to the unused portion of your available credit.

Use check numbers 4669 and 4670 to get a low promotional **0%
fixed APR** until your 06/2009 statement opening date.¹

Or use check numbers 4671 and 4672 to get a low promotional **3.99%
fixed APR** until the balance is paid off.¹ It's like giving yourself a fixed rate
loan with no application and no waiting around for approvals.

You can use these checks to **transfer balances** from other high interest rate
cards. Or write a check to yourself and deposit it into your checking
account. Just make sure you have enough available credit for the
transaction(s), interest, and any related fees.

Now, whatever great opportunities come your way, you'll have the funds to

---

**Here's how it works:**

**Choose the low APR
that's right for you.**

**0%**
**fixed APR**
until your 06/2009
statement opening date.¹

**3.99%**
**fixed APR**
until the balance is paid off.¹

**Access your credit
line**

Up to **$8,500.**

**Transactions must post
to your account by
10/31/2008.**

A fee of 3% (minimum $5; maximum
$199) applies to the amount of each

---

- 16 -

take advantage.

Sincerely,

*Deb Walden*

Deb Walden
Executive Vice President, Customer Experience
Chase Card Services

P.S. Hurry, your checks must post to your account by 10/31/2008 to get these low promotional rates. For your convenience you can take advantage of this offer by using the enclosed checks, visiting www.chase.com/balancetransfer, or calling 1-800-945-2014.

transaction from this offer.

### How your actions can affect your account:

To keep your low promotional APR please make sure you don't:
- Pay late
- Go over limit
- I have a returned payment

### Good to Know:

**When calling to transfer a balance:** In order to protect your privacy and expedite balance transfers made over the phone, we ask you to call from the telephone number associated with your account. Have your account number handy, and be prepared to give us your full name, address, and amount for each transfer.

**USE THESE CHECKS TO**

Take a tropical vacation
Get a new computer
Spruce up the kitchen
Make a down payment on a car
Buy a new couch
Do whatever you choose

¹ IMPORTANT INFORMATION: The use of the attached check or draft will constitute a charge against your credit account. A transaction fee of 3% (minimum $5; maximum $199) of the amount of the check applies for each check in this offer. Online and telephone balance transfer transaction fees may be different from the check transaction fee and will be disclosed when you make the request. Any APR for this offer is subject to the payment allocation and default terms described on the reverse side. If any balance from this offer remains after its limited duration APR expires, it will then be subject to the standard or default APR applicable to such balances as determined by your Cardmember Agreement. Transactions from this offer that post after the void date disclosed or that are made payable to Chase, Bank One or First USA or one of our related banks or companies will be declined. In these disclosures, "we," "our," or "us" means Chase Bank USA, National Association.
(Continued on reverse side)

Amazon, Amazon.com and the Amazon.com logo are registered trademarks of Amazon.com, Inc. or its affiliates.          009-095-022-0000-09/08-03021930



It's your choice.
It's however you want.



*It's your choice.*
*Use these checks however you want.*



Promotional

**0%**

**fixed APR**

for a limited
time when
this check
posts by
10/31/2008.

## Use these checks to access your account at a lower APR. It's easy!

**1.** Simply write the checks in any amount, up to the unused portion of your available credit. Make sure you have enough credit available for the transaction(s), interest, and any related fees.

**2.** Make the checks payable to the banks, credit card issuers, or retailers you wish to pay. If you deposit a check into your bank account, please make sure your bank has made the funds available to you before accessing the funds.

**3.** Checks cannot be used to pay off balances on credit cards issued by us or related banks.

Promotional

**0%**

**fixed APR**

for a limited
time when
this check
posts by
10/31/2008.

| | | |
|---|---|---|
| Mr. Arkady Milgram<br>REDACTED | • Must post to your account by 10/31/2008 to get your promotional APR. Check void for all purposes after 02/28/2009. | 4670 |
| | | 999 |
| | Date _____ | 56-1551/441 |

Pay To The
Order Of _____  $ [          ]

_____  DOLLARS 🔒 📇

Payable Through:
**Chase BankCard Services, Inc.**
Delaware, OH 43015

113-095-09/08

Memo _____        Signature _____  MP

⑆044 1155 1⑆:550 20 156 46 478 7⑈⑉4670

- 18 -

# EXHIBIT B

Statement for account number REDACTED

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $8,553.18 | 11/23/08 | $0.00 | $242.18 |

**CHASE**

$ [            ] .

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

4640182015646478000242180085531800000007

28425 BEX 9 30808 C
MR ARKADY MILGRAM
REDACTED

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑈5000160281⑈ 18220156464784⑈

# amazon.com®

| | |
|---|---|
| Opening/Closing Date: | 10/04/08 - 11/03/08 |
| Payment Due Date: | 11/23/08 |
| Minimum Payment Due: | $242.18 |

**CUSTOMER SERVICE**
In U.S.            1-888-247-4080
Español          1-888-446-3308
TDD              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                    1-302-594-8200

## VISA ACCOUNT SUMMARY

Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $8,197.84 | Total Credit Line | $8,500 |
| Payment, Credits | -$8,197.84 | Available Credit | $0 |
| Purchases, Cash, Debits | +$8,250.00 | Cash Access Line | $1,700 |
| Finance Charges | +$303.18 | Available for Cash | $0 |
| New Balance | $8,553.18 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/amazon
◆ It's fast, FREE and secure!
◆ Pay your bill & much more.

## AMAZON.COM POINTS SUMMARY

| | |
|---|---|
| Previous points balance | 549 |
| Points earned on all non-Amazon purchases | 0 |
| Remaining balance | 549 |

Earn a $25 Amazon.com Reward Certificate every time you reach 2,500 points.

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 10/20 | 12942942700006062107569 | Payment - Thank You | $8,197.84 | |
| 10/28 | 34266883045008079427521 | 74669 CHECK TO ARKADY MILGRAM | | 8,250.00 |
| 10/30 | 34266883045008079427521 | TRANSACTION FEE | | 199.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07805% | 28.49% | $0.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07805% | 28.49% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07805% | 28.49% | $4,305.92 | $104.18 | $199.00 | $0.00 | $303.18 |
| Promotional summary | .00000% | 0.00% | $1,862.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $303.18 |

**Effective Annual Percentage Rate (APR):** 28.97%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

- 19 -

**Statement for account number** REDACTED

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $8,310.60 | 12/23/08 | $0.00 | $166.00 |

**CHASE** ◻

$ [                    ]    ·

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

4640182015646478000166000083106000000003

31058 BEX 9 33808 C
MR ARKADY MILGRAM
REDACTED

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160282⑆ 18220156464784⑈

---

## amazon.com

| | |
|---|---|
| Opening/Closing Date: | 11/04/08 - 12/03/08 |
| Payment Due Date: | 12/23/08 |
| Minimum Payment Due: | $166.00 |

**CUSTOMER SERVICE**
In U.S.          1-888-247-4080
Español        1-888-446-3308
TDD            1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
               1-302-594-8200

### VISA ACCOUNT SUMMARY

Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $8,553.18 | Total Credit Line | $8,500 |
| Payment, Credits | -$245.00 | Available Credit | $189 |
| Finance Charges | +$2.42 | Cash Access Line | $1,700 |
| New Balance | $8,310.60 | Available for Cash | $189 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/amazon
♦ It's fast, FREE and secure!
♦ Pay your bill & much more.

### AMAZON.COM POINTS SUMMARY

| | |
|---|---|
| Previous points balance | 549 |
| Points earned on all non-Amazon purchases | 0 |
| Remaining balance | 549 |

Earn a $25 Amazon.com Reward Certificate
every time you reach 2,500 points.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 11/23 | 1328328270006162346709 | Payment - Thank You | $245.00 | |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07668% | 27.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07668% | 27.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07668% | 27.99% | $105.34 | $2.42 | $0.00 | $0.00 | $2.42 |
| Promotional summary | .00000% | 0.00% | $8,233.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $2.42 |

**Effective Annual Percentage Rate (APR):**     27.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Guard against identity theft and manage your credit
information with Chase Identity Protection. Get access
to your credit report and score, daily monitoring of
your credit files, timely alerts and more. To purchase, call
1-888-717-7534 or visit www.chaseidprotection.com.

Did you know you can use your credit card to access
cash whenever you need it? All you need is your PIN
(Personal Identification Number) and an ATM.
Just call 1-800-297-4970 to create your PIN today.

0000001  FIS33335 C 2        000  Y  9  03  08/12/03        Page 1 of 1        06236    MA MA  31058    3381000002000310580 1
X  0008

REDACTED

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $8,137.09 | 01/23/09 | $0.00 | $162.00 |

**CHASE**

$ [                    ] .

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

4640182015646478000162000008137090000007

45652 BEX 9 309 C
MR ARKADY MILGRAM
REDACTED

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆500016028⑆ 18 2201 56464784⑈



| | |
|---|---|
| Opening/Closing Date: | 12/04/08 - 01/03/09 |
| Payment Due Date: | 01/23/09 |
| Minimum Payment Due: | $162.00 |

**CUSTOMER SERVICE**
In U.S.          1-888-247-4080
Español          1-888-446-3308
TDD              1-800-955-8060
Pay by phone  1-800-436-7958
Outside U.S. call collect
                 1-302-594-8200

### VISA ACCOUNT SUMMARY                 Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $8,310.60 | Total Credit Line | $8,500 |
| Payment, Credits | -$176.00 | Available Credit | $362 |
| Finance Charges | +$2.49 | Cash Access Line | $1,700 |
| New Balance | $8,137.09 | Available for Cash | $362 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL  60094-4014

**VISIT US AT:**
www.chase.com/amazon
♦ It's fast, FREE and secure!
♦ Pay your bill & much more.

### AMAZON.COM POINTS SUMMARY
| | |
|---|---|
| Previous points balance | 549 |
| Points earned on all non-Amazon purchases | 0 |
| Remaining balance | 549 |

Earn a $25 Amazon.com Reward Certificate
every time you reach 2,500 points.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 12/23 | 1358352700006293495037 | Payment - Thank You | $176.00 | |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07463% | 27.24% | $107.80 | $2.49 | $0.00 | $0.00 | $2.49 |
| Promotional summary | .00000% | 0.00% | $8,135.87 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $2.49 |

**Effective Annual Percentage Rate (APR):**          **27.24%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

0000001  FIS33335 C 2          000  Y  9  03  09/01/03          Page 1 of 1          06236    MA MA  45652    0021000002000456520 1
X  0008

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 02/23/09 | $7,967.64 | $0.00 | $159.00 |

**CHASE** ◻

**Account number:** REDACTED

$ _____ . ____

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

46401820156464780001590000796764000000

30497 BEX 9 03409 C
MR ARKADY MILGRAM
REDACTED

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

⑈5000 160 28⑈  18 2201 56464 784‖⑈

**amazon.com**

Statement Date:
01/04/09 - 02/03/09

Minimum Payment: $159.00
Payment Due Date: **02/23/09**

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

VISA Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $8,137.09 | Total Credit Line | $8,500 |
| Payment, Credits | -$172.00 | Available Credit | $532 |
| Finance Charges | +$2.55 | Cash Access Line | $1,700 |
| New Balance | $7,967.64 | Available for Cash | $532 |

### AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous points balance | 549 | Earn a $25 Amazon.com Reward Certificate |
| Points earned on all non-Amazon purchases | 0 | every time you reach 2,500 points. |
| Remaining balance | 549 | |

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/23 | Payment - Thank You | -172.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07463% | 27.24% | $110.32 | $2.55 | $0.00 | $0.00 | $2.55 |
| Promotional summary | .00000% | 0.00% | $7,961.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $2.55 |

**Effective Annual Percentage Rate (APR):**     **27.24%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

We are bringing you clear and simple!  Take a
look at the new format of your statement - we hope you
find it easier to read.  It still has everything you need on
the front and back, with information simply displayed.

0000001  FIS33335 C 2          000  Y  9  03  09/02/03          Page 1 of 1          06236   MA MA  30497   0341000002000304970 1
X  0008

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 03/23/09 | $7,811.00 | $0.00 | $156.00 |

**CHASE**

Account number: REDACTED

$ [                    .        ]

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

46401820156464780001560000781100000005

34089 BEX 9 06209 C
MR ARKADY MILGRAM
REDACTED

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

⑈5000160 28⑈  18 220156464 784⑈

**amazon.com**

Statement Date:
02/04/09 - 03/03/09

Minimum Payment: $156.00
Payment Due Date: 03/23/09

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

VISA Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $7,967.64 | Total Credit Line | $8,500 |
| Payment, Credits | -$159.00 | Available Credit | $689 |
| Finance Charges | +$2.36 | Cash Access Line | $1,700 |
| New Balance | $7,811.00 | Available for Cash | $689 |

### AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous points balance | 549 | Earn a $25 Amazon.com Reward Certificate |
| Points earned on all non-Amazon purchases | 0 | every time you reach 2,500 points. |
| Remaining balance | 549 | |

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/23 | Payment - Thank You | -159.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07463% | 27.24% | $112.77 | $2.36 | $0.00 | $0.00 | $2.36 |
| Promotional summary | .00000% | 0.00% | $7,804.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $2.36 |

**Effective Annual Percentage Rate (APR):**    27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

- 23 -

0000001  FIS33335 C 2        000  Y  9  03   09/03/03        Page 1 of 1        06236    MA MA 34089    0821000002003408901
X  0008

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/23/09 | $7,647.67 | $0.00 | $152.00 |

**CHASE**

Account number: REDACTED

$ _____ .___

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4640182015646478000152000076476700000009

49471 BEX 9 00309 C
MR ARKADY MILGRAM
REDACTED

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑈5000160285⑈ 18220156464784⑈

**amazon**.com

Statement Date:
03/04/09 - 04/03/09

Minimum Payment: $152.00
Payment Due Date: 04/23/09

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

| ACCOUNT SUMMARY | | VISA Account Number: REDACTED | |
|---|---|---|---|
| Previous Balance | $7,811.00 | Total Credit Line | $8,500 |
| Payment, Credits | -$166.00 | Available Credit | $852 |
| Finance Charges | +$2.67 | Cash Access Line | $1,700 |
| New Balance | $7,647.67 | Available for Cash | $852 |

| AMAZON.COM POINTS SUMMARY | | |
|---|---|---|
| Previous points balance | 549 | Earn a $25 Amazon.com Reward Certificate |
| Points earned on all non-Amazon purchases | 0 | every time you reach 2,500 points. |
| Remaining balance | 549 | |

| ACCOUNT ACTIVITY | |
|---|---|
| Date of Transaction | Merchant Name or Transaction Description |  $ Amount |
| 03/23 | Payment - Thank You | -166.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07463% | 27.24% | $115.28 | $2.67 | $0.00 | $0.00 | $2.67 |
| Promotional summary | .00000% | 0.00% | $7,632.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $2.67 |

**Effective Annual Percentage Rate (APR):**   27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

0000001 FIS33335 C 2        000  Y  9  03  09/04/03        Page 1 of 1        06236   MA MA 49471    0931000002000494747101
X 0008

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 05/23/09 | $7,498.31 | $0.00 | $149.00 |

**CHASE**

Account number: REDACTED

$ [            .       ]

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

4640182015646478000149000074983100000008

30457 BEX 9 12309 C
MR ARKADY MILGRAM
REDACTED

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000 160 28⑆ 18 220 156464 784⑈

**amazon**.com°

Statement Date:
04/04/09 - 05/03/09

Minimum Payment: $149.00
Payment Due Date: **05/23/09**

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

VISA Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $7,647.67 | Total Credit Line | $8,500 |
| Payment, Credits | -$152.00 | Available Credit | $1,001 |
| Finance Charges | +$2.64 | Cash Access Line | $1,700 |
| New Balance | $7,498.31 | Available for Cash | $1,001 |

Your next AutoPayment for $149.00 will be deducted from your account and credited on your due date. If your statement balance exceeds your credit limit or your account is past due, you should make a payment that includes the amount referenced plus the total overlimit amount and any past due amount prior to the due date. Please do not rely on your AutoPayment service to address an overlimit/past due situation.

### AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous points balance | 549 | Earn a $25 Amazon.com Reward Certificate |
| Points earned on all non-Amazon purchases | 0 | every time you reach 2,500 points. |
| Remaining balance | 549 | |

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/23 | AUTOMATIC PAYMENT - THANK YOU | -152.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07463% | 27.24% | $117.94 | $2.64 | $0.00 | $0.00 | $2.64 |
| Promotional summary | .00000% | 0.00% | $7,475.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $2.64 |

**Effective Annual Percentage Rate (APR):** 27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

- 25 -

0000001  FIS33335 C 2        000  Y  9  03  09/05/03        Page 1 of 1        06236   MA MA 30457   1231000002000304570 1
X 0008 INS13830

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/23/09 | $58.05 | $0.00 | $58.00 |

**CHASE**

Account number: REDACTED

$ [                    ]   .

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

4640182015646478000058000000580500000003

31432 BEX 9 15409 C
MR ARKADY MILGRAM
REDACTED

|ılılıılılllılıllıllılllllıllılllıllıllılllılll

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

|ılılıılıllıllılllıılıılllıllıllılll

:⁝5000160028:⁝ 18 220 156464784|ıı⁝

# amazon.com

Statement Date:
05/04/09 - 06/03/09

Minimum Payment: **$58.00**
Payment Due Date: **06/23/09**

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

VISA Account Number: REDACTED

| | | | |
|---|---|---|---|
| Previous Balance | $7,498.31 | Total Credit Line | $8,500 |
| Payment, Credits | -$7,498.31 | Available Credit | $8,441 |
| Finance Charges | +$58.05 | Cash Access Line | $1,700 |
| New Balance | $58.05 | Available for Cash | $1,700 |

Please Note:  The remaining balance on your statement is interest and/or fees incurred from the date of the last statement until your payment was received.

## AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous points balance | 549 | Earn a $25 Amazon.com Reward Certificate |
| Points earned on all non-Amazon purchases | 0 | every time you reach 2,500 points. |
| Remaining balance | 549 | |

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/14 | Payment - Thank You | -7,349.31 |
| 05/23 | Payment - Thank You | -149.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .07463% | 27.24% | $2,509.06 | $58.05 | $0.00 | $0.00 | $58.05 |
| Total finance charges | | | | | | | $58.05 |

**Effective Annual Percentage Rate (APR):**   27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

- 26 -

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV10- 336 GW (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
ANDREW J. SOKOLOWSKI (SBN 226685)
asokolowski@milberg.com
MILBERG LLP
300 South Grand Avenue, Suite 3900, Los Angeles, CA 90071
Telephone: (213) 617-1200  Facsimile: (213) 617-1975

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ARKADY MILGRAM, an individual, on behalf of
himself and all others similarly situated,

PLAINTIFF(S)

v.

CHASE BANK USA, N.A., a Delaware Corporation,
and DOES 1 through 10, inclusive,

DEFENDANT(S).

CASE NUMBER

**CV10-00336 GW PJW**

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Sabrina S. Kim_____, whose address is Milberg LLP, 300 South Grand Avenue, Suite 3900, Los Angeles, CA 90071_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **JAN 15 2010**
_____

By: _____
**NATALIE LONGORIA**
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

1198

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| ARKADY MILGRAM, an individual, on behalf of himself and all others similarly situated, | CHASE BANK USA, N.A., a Delaware Corporation, and DOES 1 through 10 inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| JEFF S. WESTERMAN/ SABRINA S. KIM / ANDREW J. SOKOLOWSKI MILBERG LLP, 300 South Grand Avenue, Suite 3900, Los Angeles, CA 90071 Telephone: (213) 617-1200  Facsimile: (213) 617-1975 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff    □ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant    ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑1 | □1 | Incorporated or Principal Place of Business in this State | □4 | □4 |
| Citizen of Another State | □2 | □2 | Incorporated and Principal Place of Business in Another State | □5 | ☑5 |
| Citizen or Subject of a Foreign Country | □3 | □3 | Foreign Nation | □6 | □6 |

**IV. ORIGIN** (Place an X in one box only.)

☑1 Original Proceeding    □2 Removed from State Court    □3 Remanded from Appellate Court    □4 Reinstated or Reopened    □5 Transferred from another district (specify):    □6 Multi-District Litigation    □7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes   □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes □ No     □ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

Breach of Contract; Breach of Implied Covenant of Good Faith and Fair Dealing; Violation of Cal. Bus. & Prof. Code § 17200 et seq. and § 17500 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | BANKRUPTCY | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 480 Consumer Credit | □ 151 Medicare Act | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 490 Cable/Sat TV | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| □ 810 Selective Service | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 360 Other Personal Injury | □ 441 Voting | □ 610 Agriculture | □ 820 Copyrights |
| □ 850 Securities/Commodities/ Exchange | | □ 362 Personal Injury-Med Malpractice | □ 442 Employment | □ 620 Other Food & Drug | □ 830 Patent |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 365 Personal Injury-Product Liability | □ 443 Housing/Acco-mmodations | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 890 Other Statutory Actions | □ 190 Other Contract | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | | SOCIAL SECURITY |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | | □ 445 American with Disabilities - Employment | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | REAL PROPERTY | | □ 640 R.R. & Truck | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | REAL PROPERTY | □ 210 Land Condemnation | □ 446 American with Disabilities - Other | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | □ 220 Foreclosure | □ 440 Other Civil Rights | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | □ 230 Rent Lease & Ejectment | | □ 690 Other | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | □ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | □ 245 Tort Product Liability | □ 462 Naturalization Application | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 245 Tort Product Liability | □ 290 All Other Real Property | □ 463 Habeas Corpus-Alien Detainee | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | □ 465 Other Immigration Actions | | |

FOR OFFICE USE ONLY:    Case Number:    **CV 10 - 00336**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Sabrina S. Kim /AJS*     Date January 15, 2010

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |